UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GEORGIA ARGYRIS,

                        Plaintiff,

            -against-

BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK, and
JOEL KLEIN, as Chancellor of the City School
District of the City of New York,

                        Defendants.
------------------------------------------------------------------X

**ECF COPY**

Affirmation of Service

Civil Action No.:
07 Civ.9623
(DC)(HP)

      I, Melinda G. Gordon, declare under penalty of perjury that I have served two copies of the attached Summons and Complaint and Civil Court Sheet and assigned rules of Judges Dennis Chen and Magistrate Henry Pitman , USDC/SDNY Instructions for Filing an Electronic Case Or Appeal, USDC/SDNY Procedures for Electronic Case Filing, USDC/SDNY Guidelines for Electronic Case Filing upon the BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK and JOEL KLEIN, as Chancellor of the City School District of the City of New York, c/o Corporation Counsel of the City of New York whose address is 100 Church Street, 4TH floor, New York, New York 10007 by personally delivering and leaving papers with Tamika Mendes Gammon, docket clerk , at the office designated by defendants for such service.

New York, NY
October 30, 2007

_____
Melinda G. Gordon (MG0939)
Attorney for Plaintiff
Office of James R. Sandner
52 Broadway, 9th Floor
New York, N.Y. 10004
212-533-6300 x127