



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ROBYN SILVERMINTZ
phone:212-442-0144
fax:212-788-8877
mobile:
email:rsilverm@law.nyc.gov

November 13, 2007

VIA HAND DELIVERY
Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007



Re: Georgia Argyris v. Board of Education of the City School District of the City of New York, et. al., 07 CIV 9623

Dear Judge Chin:

    I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department and the attorney assigned to the defense of the NYC Department of Education ("DOE") in this action. I am writing to respectfully request a forty-five day extension of time within which DOE may respond to the complaint. DOE's response to the complaint is currently due November 20, 2007. Plaintiff's counsel consents to this request. This is DOE's first request for an extension of time to respond to the complaint.

    The reason this request this made is because DOE needs additional time to investigate the allegations in the complaint before answering or otherwise responding. To date, this office is still awaiting documents and other information relating to plaintiff's allegations that are necessary before preparing a proper response to the complaint.

    In view of the foregoing, it is respectfully requested that the Court grant DOE's request extending its time to answer or otherwise respond to the complaint until January 4, 2008.

*Approved.*
*So Ordered.*
USDJ 10/14/07

Thank you for your consideration in this regard.

Respectfully submitted,

Robyn Silvermintz
Assistant Corporation Counsel

cc:   VIA FIRST-CLASS MAIL
      Melinda G. Gordon, Of Counsel
      New York State United Teachers
      52 Broadway, 9th Floor
      New York, NY 10004