

# MEMO ENDORSED



RECEIVED 1/3/08 JUDGE CHIN'S CHAMBERS

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ROBYN SILVERMINTZ<br>phone:212-442-0144<br>fax:212-788-8877<br>mobile:<br>email:rsilverm@law.nyc.gov |

January 2, 2008

VIA HAND DELIVERY
Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2008

      Re: Georgia Argyris v. Board of Education of the City School District of the
           City of New York, et. al., 07 CIV 9623

Dear Judge Chin:

      I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department and the attorney assigned to the defense of the NYC Department of Education ("DOE") in this action. I am writing to respectfully request a fifteen day extension of time within which DOE may respond to the complaint. DOE's response to the complaint is currently due January 4, 2008. Plaintiff's counsel consents to this request. This is DOE's second request for an extension of time to respond to the complaint.

      The reason for this request is because DOE had trouble locating documents that are necessary to respond to the complaint. To date, this office is still awaiting documents and other information relating to plaintiff's allegations that are necessary before preparing a proper response to the complaint.

      In view of the foregoing, it is respectfully requested that the Court grant DOE's request extending its time to answer or otherwise respond to the complaint until January 22, 2008.

      Thank you for your consideration in this regard.

*[Handwritten:]* Approved. FINAL.
So ORDERED.
*[signature]*
USDJ  1/3/08

Respectfully submitted,

*Robyn Silvermintz*

Robyn Silvermintz
Assistant Corporation Counsel

cc:   VIA FIRST-CLASS MAIL
Melinda G. Gordon, Of Counsel
New York State United Teachers
52 Broadway, 9th Floor
New York, NY 10004