

**MEMO ENDORSED**

Office of General Counsel
James R. Sandner
*General Counsel*

| Albany | New York |
|---|---|
| **Janet Axelrod** *Associate General Counsel* | **Claude I. Hersh** *Assistant General Counsel* |
| **Richard E. Casagrande** *Associate General Counsel* | **Stuart I. Lipkind** *Associate General Counsel* |
| April 10, 2008 | **Richard A. Shane** *Associate General Counsel* |

*Via Fax (212) 805-7906*

Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2008

Re: Georgia Argyris v. Board of Education of the CSD, CNY, et al.
Index No. 07 CIV 9623
Our File No. 059597-N140

Dear Judge Chin:

This office represents Plaintiff Georgia Argyris. I am an attorney with the New York State United Teachers and the attorney assigned in the above entitled action. I am writing to respectfully request a fifteen day extension of time for Plaintiff to file an Amended Complaint in this action. The Amended Complaint is currently due on April 14, 2008. Defendants counsel consents to this request. This is Plaintiff's first request for an adjournment. It is respectfully requested that the time for defendants response and the scheduling of another conference be adjusted accordingly. Counsel would greatly appreciate a "so ordered" copy of this letter at the Court's convenience.

Thank you for your consideration regarding this matter.

Very truly yours,

JAMES R. SANDNER

Approved,
So ORDERED.

By: _____
MELINDA G. GORDON
Senior Counsel

MGG:dd          4/11/08
c: Robyn Silvermintz (*via fax & regular mail*)

52 Broadway, 9th Floor ■ New York, N.Y. 10004 ■ (212) 533-6300
New York State United Teachers
Affiliated with • AFT • NEA • AFL-CIO