MEMO ENDORSE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/21/2008___

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

ROBYN SILVERMINTZ
phone:212-442-0144
fax:212-788-8877
mobile:
email:rsilverm@law.nyc.gov

May 20, 2008

VIA FACSIMILE
Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:  Georgia Argyris v. Board of Education of the City School District of the
          City of New York, et. al.
          07 Civ. 9623

Dear Judge Chin:

        I am an Assistant Corporation Counsel in the Labor and Employment Law
Division of the New York City Law Department and the attorney assigned to the defense of the
NYC Department of Education ("DOE") in this action. I am writing to respectfully request a
two week extension of time within which DOE may respond to the amended complaint. DOE's
response to the amended complaint is currently due May 23, 2008. Plaintiff's counsel consents
to this request. This is DOE's first request for an extension of time to respond to the amended
complaint.

        The reason this request this made is because DOE needs additional time to
investigate the allegations in the amended complaint before answering or otherwise responding.
In addition, I have a previously scheduled vacation, where I will be out of town from May 22,
2008 through May 26, 2008.

In view of the foregoing, it is respectfully requested that the Court grant DOE's request extending its time to answer or otherwise respond to the amended complaint until June 6, 2008.

Thank you for your consideration in this regard.

Respectfully submitted,

Robyn Silvermintz
Assistant Corporation Counsel

cc:    VIA FACSIMILE
       Melinda G. Gordon, Of Counsel
       New York State United Teachers
       52 Broadway, 9th Floor
       New York, NY 10004

APPLICATION GRANTED.
SO ORDERED

Denny Chin, U.S.D.J.

5/21/08

2