

**nysut**
*A Union of Professionals*

Office of General Counsel
James R. Sandner
*General Counsel*

**Albany**

Janet Axelrod
*Associate General Counsel*

Richard E. Casagrande
*Associate General Counsel*

**New York**

Claude I. Hersh
*Assistant General Counsel*

Stuart I. Lipkind
*Associate General Counsel*

Richard A. Shane
*Associate General Counsel*

## MEMO ENDORSED

June 24, 2008

*Via Fax (212) 805-7906*

Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2008
```

Re: Georgia Argyris v. Board of Education of the CSD, CNY, et al.
Index No. 07 CIV 9623
Our File No. 059597-N140

Dear Judge Chin:

This office represents Plaintiff Georgia Argyris. I am an attorney with the New York State United Teachers and the attorney assigned in the above entitled action. I am writing to respectfully request an extension of time for Plaintiff to file a Response to Defendants Motion for Judgment in this action. The Response to Defendants Motion for Judgment is currently due on June 27, 2008. Plaintiff seeks to file a Response to Defendants Motion for Judgment on July 8, 2008. Defendants counsel consents to this request. This is Plaintiff's first request for an adjournment regarding responding to Defendants Motion for Judgment and second request for an adjournment in this proceeding. It is respectfully requested that the time for defendants response and the scheduling of another conference be adjusted accordingly. Counsel would greatly appreciate a "so ordered" copy of this letter at the Court's convenience.

Thank you for your consideration regarding this matter.

SO ORDERED
[signature]
6/24/08

Very truly yours,

JAMES R. SANDNER

By: [signature]
MELINDA G. GORDON
Senior Counsel

MGG:dd

52 Broadway, 9th Floor ■ New York, N.Y. 10004 ■ (212) 533-6300
New York State United Teachers
Affiliated with ■ AFT ● NEA ● AFL-CIO

