

**nysut**
*A Union of Professionals*

Office of General Counsel
James R. Sandner
*General Counsel*

| Albany | New York |
|---|---|
| **Janet Axelrod** | **Claude I. Hersh** |
| *Associate General Counsel* | *Assistant General Counsel* |
| **Richard E. Casagrande** | **Stuart I. Lipkind** |
| *Associate General Counsel* | *Associate General Counsel* |
| | **Richard A. Shane** |
| | *Associate General Counsel* |

July 3, 2008

*Via Fax (212) 805-7906*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08
```

Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Argyris, Georgia v. Board of Education of the
      City School District of the City of New York, *et al.*
      Index No. 07 CIV 9623 (DC) (HP)
      Our File No. 059597-N140

Dear Judge Chin:

This office represents Plaintiff Georgia Argyris. I am an attorney with the New York State United Teachers and the attorney assigned in the above-entitled action. I am writing to respectfully request an extension of time for Plaintiff to file a Response to Defendants' Motion for Judgment in this action. The Response to Defendants' Motion for Judgment is currently due on July 8, 2008. Plaintiff seeks to file a Response to Defendants' Motion for Judgment on July 25, 2008. Defendants' counsel consents to this request and I am requesting this adjournment so that the parties may pursue settlement discussions. This is Plaintiff's second request for an adjournment regarding responding to Defendants' Motion for Judgment and third request for an adjournment in this proceeding. It is respectfully requested that the time for Defendants response and the scheduling of another conference be adjusted accordingly. Counsel would greatly appreciate a "so ordered" copy of this letter at the Court's convenience.

Approved.
So ORDERED,

USDJ
7/7/08

52 Broadway, 9th Floor ■ New York, N.Y. 10004 ■ (212) 533-6300
New York State United Teachers
Affiliated with ● AFT ● NEA ● AFL-CIO



Honorable Denny Chin
July 3, 2008
Page - 2 -

Thank you for your consideration regarding this matter.

                                      Very truly yours,

                                        JAMES R. SANDNER

                      By:
                                MELINDA G. GORDON
                                Senior Counsel

MGG/es

c: Robyn Silvermintz (*via fax & regular mail*)

NYC Legal: 118065