**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7/30/2008

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

ROBYN SILVERMINTZ
phone: 212-442-0144
fax: 212-788-8877
mobile:
email: rsilverm@law.nyc.gov

July 30, 2008

VIA FACSIMILE
Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  Georgia Argyris v. Board of Education of the City School District of the City of New York, et. al.
          07 Civ. 9623

Dear Judge Chin:

      I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department and the attorney assigned to the defense of the NYC Department of Education ("DOE") in this action. I am writing to respectfully request a two week extension of time within which DOE may submit a reply to plaintiff's opposition to defendants' motion for judgment on the pleadings. DOE's reply is currently due July 31, 2008. Plaintiff's counsel consents to this request. This is DOE's first request for an extension of time to reply to plaintiff's opposition.

*Approved.*
*SO ORDERED*
*[signature]*
*7/30/08*

Thank you for your consideration in this regard.

Respectfully submitted,

*Robyn Silvermintz*

Robyn Silvermintz
Assistant Corporation Counsel

cc:   VIA FACSIMILE
      Melinda G. Gordon, Of Counsel
      New York State United Teachers
      52 Broadway, 9th Floor
      New York, NY 10004
      212-533-6300

      STROOCK & STROOCK & LAVAN LLP
      180 Maiden Lane
      New York, NY 10038-4982
      212-806-5400